UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DIANA QUINTERO,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 2:22-cv-01943-GMN-NJK

**Order**

[Docket No. 9]

    Pending before the Court is a notice of Rule 26(f) conference. Docket No. 9. Discovery-related documents must be <u>served</u> on the affected party, not <u>filed</u> on the docket, unless ordered by the Court. Local Rule 26-8; Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above-referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

    IT IS SO ORDERED.

    Dated: February 6, 2023

                                                                _____
                                                                Nancy J. Koppe
                                                                 United States Magistrate Judge