**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Diana Quintero, individually,<br><br>          Plaintiff,<br><br>v.<br><br>United States of America; Does I-V; and Does Corporations I-V, inclusive,<br><br>          Defendants. | Case No. 2:22-cv-01943-GMN-NJK<br><br>**Order to Schedule Settlement Conference and Stay Remaining Deadlines** |

      The parties respectfully request that the Court set this matter for a settlement conference and stay the remaining discovery deadlines. *See* LR 26-3; *Volk v. D.A. Davidson & Co.*, 816 F.2d 1406, 1416–17 (9th Cir. 1987) (a district court has wide latitude in controlling discovery); *Stern v. United States*, 563 F. Supp. 484, 489 (D. Nev. 1983) (courts have the inherent power to stay causes on its docket to avoid duplicative litigation, inconsistent results, and waste of time and effort).

      This action arises under the Federal Tort Claims Act ("FTCA") for alleged injuries to Plaintiff arising from an October 14, 2020, car accident. The parties have completed discovery. The remaining deadlines are December 21, 2023, for dispositive motions and January 22, 2024, for the proposed joint pretrial order.

      Without waiver or binding admission against either party, the parties submit that it would conserve their resources, as well as those of the Court, if the settlement conference for

this matter were held before dispositive motions, if any, and preparation of the proposed joint pretrial order.

Additionally, defense counsel has responses to motions in other matters, including a motion for summary judgment, in December.

Taking into accounts their schedules and obligations in other cases along with the judicial holidays during the latter part of December, the parties propose that the Court set a settlement conference on or after ~~January 18, 2024.~~ February 5, 2024.

If this case does not get resolved at the settlement conference, the parties agree to submit within 14 days thereafter a new, proposed schedule for dispositive motions and the proposed joint pretrial order.

Accordingly, the parties respectfully request that the Court grant this stipulation and thereafter issue a separate order setting the date, details, and requirements for the settlement conference.

Respectfully submitted this 18th day of December 2023.

JEREZ LAW, PLLC

/s/ Kristie L. Fischer
KRISTIE L. FISCHER, Esq.
Nevada Bar No. 11693
4484 South Pecos Road, Suite 145
Las Vegas, Nevada 89121
Telephone: (702) 941-7660
*Attorney for Plaintiff*

JASON M. FRIERSON
United States Attorney

/s/ Virginia T. Tomova
VIRGINIA T. TOMOVA, Esq.
Assistant United States Attorney
*Attorney for Defendant*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: December 19, 2023