# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Diana Quintero, individually,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>United States of America; Does I-V; and Does Corporations I-V, inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-01943-GMN-NJK<br><br>**Order for Extension of Time for Defendants to File a Response to Plaintiff's Motion to Increase Recoverable Damages** |

On December 13, 2023, Plaintiff Diana Quintero filed her Motion to Increase Recoverable Damages (ECF No. 14). Defendant United States' response to Plaintiff's Motion is currently due December 27, 2023. The parties agreed to schedule a settlement conference to attempt to resolve this matter and filed a stipulation with the Court in this regard. (ECF No. 15). Considering the parties' agreement to schedule a settlement conference, Plaintiff has agreed to extend the time for Defendant to file a Response to the Motion to Increase Recoverable Damages to ~~15 days after the conclusion of the settlement conference if the case does not get resolved~~ February 20, 2024.

　　　　　This Stipulation is submitted in good faith and is not interposed for purposes of delay. This is the first request to extend the deadline for filing Defendant's Response to Plaintiff's Motion to Increase Recoverable Damages.

Accordingly, the parties respectfully request that the Court grant this stipulation to extend the time for Defendant to file a Response to Plaintiff's Motion to Increase Recoverable Damages to ~~15 days after the conclusion of the settlement conference~~ February 20, 2024.

Respectfully submitted this 18th day of December 2023.

| | |
|---|---|
| JEREZ LAW, PLLC | JASON M. FRIERSON<br>United States Attorney |
| /s/ Kristie L. Fischer<br>KRISTIE L. FISCHER, Esq.<br>Nevada Bar No. 11693<br>4484 South Pecos Road, Suite 145<br>Las Vegas, Nevada 89121<br>Telephone: (702) 941-7660<br>*Attorney for Plaintiff* | /s/ Virginia T. Tomova<br>VIRGINIA T. TOMOVA, Esq.<br>Assistant United States Attorney<br>*Attorney for Defendant* |

**ORDER**

Based upon the Stipulation of the parties hereto, and for good cause, IT IS HEREBY ORDERED, that the Stipulation to Extend hereinabove is hereby Granted.  A response is due no later than February 20, 2024.

DATED this 19th day of December, 2023.

_____
UNITED STATES MAGISTRATE JUDGE