# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Diana Quintero, individually, <br><br> Plaintiff, <br><br> v. <br><br> United States of America; Does I-V; and Does Corporations I-V, inclusive, <br><br> Defendants. | Case No. 2:22-cv-01943-GMN-NJK <br> **Order Granting** <br> **Joint Stipulation to Continue Due Date for Dismissal Papers** <br><br> **(First Request)** |

The parties respectfully request that the Court continue the March 25, 2024, due date (for the filing of dismissal papers), *see* Minute Order, ECF No. 22, for 30 days to April 24, 2024. This is the first request to continue the due date to file dismissal papers. The parties executed the settlement agreement on March 26, 2024. The United States needs an additional 30 days to have the settlement check issued and send to the local USAO for exchange with the Plaintiff. After payment of the settlement amount, the parties will promptly file a stipulation for dismissal with prejudice, each party to bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

Accordingly, the parties respectfully request that the Court continue the March 25, 2024, due date (for the filing of dismissal papers), for 30 days to April 24, 2024.

Respectfully submitted this 1st day of April 2024.

| | |
|---|---|
| JEREZ LAW, PLLC | JASON M. FRIERSON<br>United States Attorney |
| /s/Kristie L. Fischer<br>KRISTIE L. FISCHER, Esq.<br>Nevada Bar No. 11693<br>4484 South Pecos Road, Suite 145<br>Las Vegas, Nevada 89121<br>Telephone: (702) 941-7660<br>*Attorney for Plaintiff* | /s/ Virginia T. Tomova<br>VIRGINIA T. TOMOVA<br>Assistant United States Attorney<br>*Attorneys for Defendant United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** April 2, 2024

2