ISAIAH A. JEREZ, ESQ.
Nevada Bar No. 11615
KRISTIE L. FISCHER, ESQ.
Nevada Bar No. 11693
JEREZ LAW, PLLC
4484 South Pecos Road, Suite 145
Las Vegas, Nevada 89121
Telephone: (702) 941-7660
E-mail: Isaiah@jerezlaw.com
E-mail: Kristie@jerezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIANA QUINTERO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA.; DOES I through V; and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No.: 2:22-CV-01943-GMN-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, by and through her attorneys of record, Isaiah A. Jerez, Esq. and Kristie Fischer, Esq. of JEREZ LAW, PLLC and Defendant, UNITED STATES OF AMERICA ("USPS"), by and through its counsel of record, Virginia T. Tomova, Esq. Assistant United States Attorney., that the above referenced matter be dismissed with prejudice, with each of the parties to pay their own costs incurred therein.

DATED this 25th day of April, 2024.

JEREZ LAW, PLLC

*/s/Isaiah A. Jerez*
ISAIAH A. JEREZ, ESQ.
Nevada Bar No. 11615
KRISTIE L. FISCHER, ESQ.
Nevada Bar No. 11693
4484 South Pecos Road, Suite 145
Las Vegas, Nevada 89121
*Attorneys for Plaintiff*

DATED this 25th day of April, 2024.

UNITED STATES ATTORNEY

*/s/ Virginia T. Tomova*
JASON M. FRIERSON, ESQ.
Nevada Bar No. 7709
VIRGINIA T. TOMOVA, ESQ.
Nevada Bar No. 12504
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
*Attorneys for United States*

*Quintero v. United States of America*
*Case No. 2:22-CV-01943-GMN-NJK*

**ORDER**

Pursuant to the foregoing Stipulation, it is hereby:

**ORDERED, ADJUDGED AND DECREED** that the above referenced matter be dismissed, with prejudice, with each of the parties to pay their own costs incurred therein.

DATED this __26__ day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE